# Court of Appeals
# of the State of Georgia

ATLANTA, _January 09, 2023_

*The Court of Appeals hereby passes the following order:*

## A23A0487. MARY GIBSON, AS EXECUTOR OF THE ESTATE OF WILLIAM CLINTON GIBSON v. ANDY LOWERY et al.

Mary Gibson ("Mary") was the executor of the last will and testament of William Gibson. Mary filed a dispossessory warrant against Andy Lowery and Fawn Lowery in magistrate court. The magistrate court entered an order denying the writ of possession and dismissed Mary's dispossessory warrant. Mary appealed to superior court. The Lowerys filed a counterclaim. The superior court entered an order denying Mary's dispossessory action and granting the Lowerys' counterclaim. Mary has filed this direct appeal. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Mary's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_01/09/2023_

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.